**Order filed June 13, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00099-CV
_____

**24/7 GRILL, LLC, Appellant**

**V.**

**DONAL S. CLARK, Appellee**

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 04CV0895F**

## O R D E R

Appellant's brief was due May 22, 2013**.** No brief or motion for extension of time has been filed.

Unless appellant submits its brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **July 15, 2013**, the court will dismiss the appeal for want of prosecution. _See_ Tex. R. App. P. 42.3(b).

PER CURIAM